# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TIMOTHY PAGE**                                                                                     **PLAINTIFF**

**V.**                                          **NO. 3:23-cv-00233-ERE**

**MARTIN O'MALLEY, Commissioner**
**of the Social Security Administration**                                  **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Timothy Page's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$3,506.80**. *Doc. 17*. Plaintiff is entitled to an award of attorney's fees and costs, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 17*) is GRANTED. Plaintiff is awarded **$3,506.80** in attorney's fees under the EAJA.[1]

So Ordered 13 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.